IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEL and NICK ZAHAROPOULOS,

      Plaintiff,

v

MIDLAND CREDIT MANAGEMENT, INC.,

      Defendant.

Case No. 09-cv-02306-RAL-TGW

_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached an agreement to settle this matter. The parties anticipate filing a stipulation of dismissal of this case with prejudice and without costs to any party.

.

Dated: May 12, 2010

                              Respectfully submitted,

                                s/Brian P. Parker
                              LAW OFFICES OF BRIAN P. PARKER, PC
                              BRIAN P. PARKER (0980668)
                              Attorney for Plaintiff
                              30700 Telegraph Rd., Ste. 1580
                              Bingham Farms, MI 48025
                              Tel: (248) 642-6268
                              Fax: (248) 642-6268
                              brianparker@collectionstopper.com
                              www.collectionstopper.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the Notice of Settlement and this Certificate of Service were served upon counsel for defendant by electronic means on May 12, 2010 at Bingham Farms, Michigan.

"I declare under penalty of perjury that the above statement is true to the best of my information, knowledge and belief."

_____
OMINIQUE ROGERS