UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEL and NICK ZAHAROPOULOS,

    Plaintiff(s),

v.                                  CASE NO:  8:09-cv-2306-T-26TGW

MIDLAND AND CREDIT MANAGEMENT, INC.,

    Defendant(s).
_____/

## O R D E R

The Court has been advised by **[12] Notice of Settlement** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE AND ORDERED** at Tampa, Florida, on May 12, 2010.

                                        s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record